**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ROBERT REIL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **NO. 3:23-cv-01167** |
| | ) | |
| **v.** | ) | **JUDGE CAMPBELL** |
| | ) | |
| **ENSURE HEALTH GROUP CORP.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# ORDER

On December 28, 2023, Plaintiff filed a Notice of Voluntary Dismissal. (Doc. No. 15). Accordingly, the case is **DISMISSED WITHOUT PREJUDICE** and the Clerk is directed to close the file.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE